# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RONALD LECKER,

       Plaintiff,

   v.                            Case No. 06-C-599

MARISSA PHILLIPS,

       Defendant.

## ORDER

    Plaintiff Ronald Lecker has filed a complaint against his former landlord, Marissa Phillips. In it, he details a pattern of harassment and unwanted sexual advances by the landlord. When Phillips realized her feelings were unrequited, she evicted Lecker. Moreover, according to the complaint, she has lied about him to authorities and has obtained a restraining order against him. The plaintiff seeks expungement of the restraining order from his permanent record as well as $25,000 in damages for pain and suffering.

    Although the complaint sets forth a disturbing fact pattern, it does not state a federal claim. Federal courts have jurisdiction only over actions involving federal law or actions between individuals who are citizens of different states. In the latter case, the amount in controversy must exceed $75,000. None of those conditions to federal jurisdiction are present in the plaintiff's complaint.

Accordingly, the complaint is dismissed for lack of jurisdiction.  The plaintiff's motion to proceed *in forma pauperis* is granted, and the filing fee is waived.

**SO ORDERED** this   24th   day of May, 2006.

s/ William C. Griesbach
William C. Griesbach
United States District Judge